## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BROOMALL OPERATING CO. LP** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 20-2168** |
| | : | |
| **LINDA J. ELDRIDGE** | : | |
| *Defendant* | : | |

# O R D E R

**AND NOW**, this 31st day of August 2021, upon consideration of the following motions:

- Defendant's *motion to dismiss Petitioner's complaint for order compelling arbitration and staying state court proceedings*, [ECF 10], and Plaintiff's response in opposition thereto, [ECF 13]; and

- Plaintiff's *motion to compel arbitration*, [ECF 12], Defendant's response in opposition thereto, [ECF 15], and Plaintiff's reply, [ECF 18];

and the allegations in the *amended complaint to compel arbitration*, [ECF 2], it is hereby

**ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that:

1. Defendant's motion to dismiss, [ECF 10], is **DENIED**; and

2. Plaintiff's motion to compel arbitration, [ECF 12], is **GRANTED**.

It is further **ORDERED** that this action is **STAYED** pending the completion of the arbitration proceeding.  The parties are directed to inform this Court when the arbitration proceeding has been completed or when this matter has been resolved.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*